ADOLPH ROTH, an Infant, by MORRIS ROTH, His Guardian ad Litem, Respondent, *v.* NEW YORK RAILWAYS COMPANY, Appellant.

MORRIS ROTH, Respondent, *v.* NEW YORK RAILWAYS COMPANY, Appellant. (2 cases.)

*Roth* v. *N. Y. Railways Co.*, 183 App. Div. 896, appeals dismissed. (Submitted May 27, 1918; decided June 4, 1918.)

MOTION in each of the above-entitled actions to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 26, 1918, affirming a judgment in favor of plaintiff entered upon a verdict.

The motions were made upon the grounds that the appeals were without merit and taken solely for purpose of delay; that the affirmance by the Appellate Division was unanimous and that the exceptions were frivolous.

*Gilbert D. Steiner* and *John C. Robinson* for motion.

*B. H. Ames* and *James L. Quackenbush* opposed.

Motions granted and appeal in each case dismissed, with costs and ten dollars costs of motion.